■ SHARLENE R. GONZALEZ, Also Known as SHARLENE NUNEZ, as Executrix of HECTOR M. GONZALEZ, SR., Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 90644.) (Ap-

peal No. 1.) [869 NYS2d 830]

Present—Smith, J.P., Lunn, Fahey and Peradotto, JJ.